UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| BRUCE E. PERO, | ) | Case Number 19-80277 |
| DEBRA S. ANDERSON PERO, | ) | (Chapter 13) |
|     Debtors. | ) | |
| _____ | ) | |
| DANIEL G. DENEEN, LIMITED | ) | |
| GUARDIAN OF THE ESTATE OF | ) | |
| DARYL EUGENE COOK, A DISABLED | ) | |
| PERSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 19-08 |
| | ) | |
| BRUCE E. PERO, | ) | |
| DEBRA S. ANDERSON PERO, | ) | |
|     Defendants. | ) | |

**COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT**

NOW COMES the Plaintiff, Daniel G. Deneen, Limited Guardian of the Estate of Daryl Eugene Cook, a disabled person, by and through his Attorney, Spencer Lee Daniels, and for his Complaint to Determine Non-Dischargeability of Debt states as follows:

1. That the Defendants, Bruce E. Pero and Debra S. Anderson Pero, filed for Chapter 13 Bankruptcy on March 11, 2019.

2. That this is a core proceeding pursuant to the Bankruptcy Code.

3. That this action is bring brought under 11 U.S.C. 523(a)(4) and the Plaintiff alleges the following:

    A. That Daryl Cook, on or about 2012 had health issues causing him to have diminished ability to manage his finances, unable to manager his estate and left him easily influenced and intimidated.

B. Daryl Cook was adjudicated a disabled person due to mental deterioration on March 1, 2016. The Court appointed a guardian at that time.

C. Following his mother's death, Daryl Cook received a large inheritance in excess of One Million and Seven Hundred Thousand Dollars ($1,700,000.00). Defendants, Bruce E. Pero and Debra S. Anderson Pero, were aware of the fact that Daryl was receiving an inheritance from his mother's estate.

D. At all times after his mother's death, and while he was residing with the Defendants, Bruce E. Pero and Debra S. Anderson Pero, Daryl Cook reposed trust and confidence in Defendants, Bruce E. Pero and Debra S. Anderson Pero.

E. Defendants, Bruce E. Pero and Debra S. Anderson Pero, would even assist Daryl Cook in his own personal health matters, and would occasionally take Daryl Cook to his doctor's appointments for his ailments and other medical problems.

F. Throughout Defendant's, Bruce E. Pero, and Daryl Cook's friendship, Daryl Cook put his trust in Defendant, Bruce E. Pero, and relied upon, and deferred to, his business and financial advice, and entrusted the handling of his business and financial affairs to Defendant, Bruce E. Pero, and reposed faith and confidence in his business acumen.

G. At all times, there was a disparity between Defendant, Bruce E. Pero, and Daryl Cook for their respective health, mental condition, and business experience between the parties.

H. At all times, there was a disparity between Defendant, Debra S. Anderson Pero, and Daryl Cook for their respective health, mental condition, and business experience between the parties.

I. As a result, Defendants, Bruce E. Pero and Debra S. Anderson Pero, gained a resulting influence and superiority over Daryl Cook.

J. That at that time a fiduciary relationship existed between the Debtors, Bruce E. Pero and Debra S. Anderson Pero, and Daryl Cook.

K. In 2013, Defendant, Bruce E. Pero, earned less than $800.00 in wages and was out of work with no income apart from limited social security payments. In about March of 2013, Defendant, Bruce E. Pero, traveled to Texas to visit his son and to seek to acquire certain guns and ammunition for Daryl Cook. Daryl Cook financed the trip to Texas, and financed the purchase of all guns and ammunition.

L. While in Texas in about March of 2013, Defendant, Bruce E. Pero, urged and ultimately convinced Daryl Cook to send money to Texas for the purchase of a Honda Pilot SUB for Defendant's, Bruce E. Pero, son, Ondrae Pero, at a cost in excess of $33,000.00. Defendant, Bruce E. Pero, did so by advising Daryl Cook that it would be a good investment as the purchase would curry favor with Ondrae who could in the future assist Daryl Cook with gun purchases in Texas. Defendant, Bruce E. Pero, contributed no funds toward the purchase of the SUV for his son, and his son did not contribute any funds.

M. Defendant, Debra S. Anderson Pero, lost her job in April of 2013, and did not find another job until the summer of 2015. After Defendant, Debra S. Anderson Pero, lost her job, she used her relationship with Daryl Cook to convince him to contribute significant funds to her from his inheritance to pay for the household expenses and support herself, Defendant, Bruce E. Pero, and her children Nathan and Megan. In addition, funds were used for non-essential items for Defendants, Bruce E. Pero and Debra S. Anderson Pero, and her children, Nathan and Megan. Daryl Cook transferred funds in excess of $30,000.00 in 2013, in excess of

$67,000.00 in 2014, and in the amount of $12,000.00 in 2015.  These funds were used by the Defendants, Bruce E. Pero and Debra S. Anderson Pero, for their own personal benefit, including to pay for elective gastric sleeve surgery for Defendant, Debra S. Anderson Pero, in 2014.

       N.     In May of 2013, Defendant's, Debra S. Anderson Pero, son, Nathan, had his car break down.  Defendant, Debra S. Anderson Pero, was without funds to purchase a replacement vehicle.  Defendants, Bruce E. Pero and Debra S. Anderson Pero, urged and convinced Daryl Cook to purchase a new car for Nathan.  As a result, Daryl Cook purchased a Dodge Challenger for Nathan at a cost of about $25,000.00.  Defendants, Bruce E. Pero and Debra S. Anderson Pero, contributed no funds toward the purchase of the Challenger for Defendant's, Debra S. Anderson Pero, son, and her son did not contribute any funds.

       O.     In July of 2013, while Defendant, Bruce E. Pero, was still unemployed, Defendant, Bruce E. Pero, urged and convinced Daryl Cook to purchase a new Chevrolet Silverado pick-up truck for Defendant, Bruce E. Pero, at a cost of more than $37,000.00.  One month later, in August of 2013, Defendant, Bruce E. Pero, then convinced Daryl Cook to trade-in the Silverado and purchase a Jeep Grand Cherokee SUV for Defendant, Bruce E. Pero at an additional cost of more thank $15,000.00.  One year later, in October of 2014, Defendant, Bruce E. Pero, convinced Daryl to trade-in the Jeep and purchase a new Dodge Ram 1500 pick-up truck for Defendant, Bruce E. Pero, at an additional cost of more than $17,000.00 after the trade-in.  Defendant, Bruce E. Pero, contributed no money toward the purchase of any of these vehicles; all of the funds were contributed by Daryl Cook.

       P.     On or around July 9, 2013, Daryl Cook, while relying upon the advice and guidance of Defendant, Bruce E. Pero, purchased a new RV for $222,000.00.  Neither

4

Defendants, Bruce E. Pero and Debra S. Anderson Pero, contributed any funds for the purchase of the RV; all of the funds were contributed solely by Daryl Cook.

Q. In the Fall of 2013, Defendants, Bruce E. Pero and Debra S. Anderson Pero, and Daryl Cook took an extended cross-country vacation in the RV purchased by Daryl Cook. While on the vacation, Daryl Cook paid for practically all expenses in an amount in excess of $20,000.00.

R. In January of 2014, Defendant's, Debra S. Anderson Pero, daughter, Megan was having car problems. Defendant, Debra S. Anderson Pero, was without funds to purchase a replacement vehicle, but Defendants, Bruce E. Pero and Debra S. Anderson Pero, urged and convinced Daryl Cook to purchase a new car for Megan. As a result, Daryl Cook purchases a Dodge Caravan for Megan at a cost of approximately $12,000.00. Defendants, Bruce E. Pero and Debra S. Anderson Pero, contributed no funds toward the purchase of the Dodge Caravan for Megan and Megan did not contribute any funds.

S. After Jeff Skelton had started doing business as Allegiant Firearms, LLC in Peoria, Illinois, Defendant, Bruce E. Pero, and Daryl Cook expressed interest in investing in Allegiant Firearms. Defendant, Bruce E. Pero, advised Daryl Cook on making the investment, and ultimately convinced Daryl Cook to invest funds sufficient for both Daryl Cook and Defendant, Bruce E. Pero, to acquire an ownership interest in Allegiant Firearms LLC by matching Jeff Skelton's purported investment of $90,000.00 in Allegiant Firearms LLC. During the conversations with Jeff Skelton about investing in the business, Defendant, Bruce E. Pero, did all of the talking.

T. On September 9, 2014, Defendant, Bruce E. Pero, obtained a cashier's check from Daryl Cook in the amount of $80,000.00 and deposited said check into his own bank

account. Defendant, Bruce E. Pero, used the money from the $80,000.00 check from Daryl Cook to fund an investment in Allegiant Firearms for not just Daryl Cook but himself.

4.    That the Debtors, Bruce E. Pero and Debra S. Anderson Pero, committed defalcation of funds for the sum of at least $550,000.00 owned by Daryl Cook.

5.    That the Debtors, Bruce E. Pero and Debra S. Anderson Pero, also by taking all these funds owned by Daryl Cook did commit larceny of said funds by using said funds for their own needs.

WHEREFORE, the Plaintiff, Daniel G. Deneen, Limited Guardian of the Estate of Daryl Eugene Cook, requests this Court to determine that the debt owed by the Defendants, Bruce E. Pero and Debra S. Anderson Pero, to the Plaintiff, Daniel G. Deneen, Limited Guardian of the Estate of Daryl Eugene Cook, is a non-dischargeable debt pursuant to the Bankruptcy Code and award attorney fees, costs, and any other relief this Court deems necessary.

Respectfully submitted,

By:    */s/ Spencer Lee Daniels*
       SPENCER LEE DANIELS


Spencer Lee Daniels
Attorney for the Plaintiff
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-1400
Facsimile: (309) 673-3960
Email: danielslaw@sbcglobal.net

STATE OF ILLINOIS            )
                             )      SS
COUNTY OF PEORIA             )

Spencer Lee Daniels, being first duly sworn on oath deposes and states that he has read the above complaint and upon information and belief, states that the allegations contained therein are true.

                                                        */s/ Spencer Lee Daniels*
                                                        Spencer Lee Daniels, Attorney for Plaintiff


SIGNED AND SWORN TO before me this
4th day of June, 2019.


*/s/ Susan K. Benedict*
Notary Public




Spencer Lee Daniels
Attorney for the Plaintiff
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-1400
Facsimile:  (309) 673-3960
Email:  danielslaw@sbcglobal.net

**REQUEST FOR SUMMONS**

THE CLERK will please issue summons for service as follows:

Bruce E. Pero, 9301 N. Brimwater Road, Brimfield, Illinois 61517

Debra S. Anderson Pero, 9301 N. Brimwater Road, Brimfield, Illinois 61517

                                              */s/ Spencer Lee Daniels*
                                              Spencer Lee Daniels, Attorney for Plaintiff

SPENCER LEE DANIELS, ESQ.
Attorney for the Plaintiff
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone:  (309) 673-1400
Facsimile:  (309) 673-3960
Email:  danielslaw@sbcglobal.net